No. —. Ex parte KENNETH M. RING;

No. —. Ex parte PAUL S. CAMPBELL;

No. —. Ex parte GEORGE DIEHL;

No. —. Ex parte JAKE HINLEY; and

No. —. Ex parte KENNETH L. HENDRIX. November 15, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte REX BAYLESS; and

No. —. Ex parte FRANK E. POTTS. November 15, 1943. The motions for leave to file petitions for writs of mandamus are denied.

No. 112. DAVIES WAREHOUSE CO. *v.* BROWN, PRICE ADMINISTRATOR;

No. 299. MARS, INC. *v.* BROWN, PRICE ADMINISTRATOR;

No. 305. TAYLOR *v.* BROWN, PRICE ADMINISTRATOR;

No. 316. HECHT COMPANY *v.* BROWN, PRICE ADMINISTRATOR;

No. 396. VINSON, DIRECTOR OF ECONOMIC STABILIZATION, BY BROWN, PRICE ADMINISTRATOR, *v.* WASHINGTON GAS LIGHT CO. ET AL.;

No. 464. BROWN, PRICE ADMINISTRATOR, *v.* WILLINGHAM ET AL.; and

No. 481. SAFEWAY STORES, INC. *v.* BROWN, PRICE ADMINISTRATOR. November 16, 1943. Bowles, present Administrator of the Office of Price Administration, substituted as a party in these cases in the place and stead of Brown, resigned.